IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTIAN LOCATELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 6:24-cv-00807-JSS-LHP |
| ) | |
| HOLLY LOCATELL, ) | |
| ) | |
| Respondent. ) | |

## VERIFIED RESPONSE AND AFFIRMATIVE DEFENSES TO VERIFIED PETITION FOR RETURN OF MINOR CHILDREN PURSUANT TO THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION

Respondent, HOLLY LOCATELL, (hereinafter referred to as "Mother") in the above-styled case, hereby files this her *Verified Response and Affirmative Defenses to Verified Petition for Return of Minor Children Pursuant to the Hague Convention on the Civil Aspects of International Child Abduction* (hereinafter "Father's Petition") and respectfully shows this Court that there has been no wrongful removal or retention of the children from their habitual residence, as follows:

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **1** of **18**

# AFFIRMATIVE DEFENSES

1.

## FIRST DEFENSE: ACQUISCENCE

According to Article 13(a) of the Hauge Convention, this Court is not bound to order the return of the children as Father "subsequently acquiesced in the removal or retention" of the children from the United Kingdom to the United States.

2.

## SECOND DEFENSE: MATURE CHILD

Pursuant to Article 13 of the Hague Convention, the Court may refuse to order the return of a child if it finds that the child objects to being returned and has attained an age and degree of maturity at which it is appropriate to take account of its views. The minor children, C.L., age 13, and B.L., age 10, object to returning to the United Kingdom.

3.

## THIRD DEFENSE: GRAVE RISK OF HARM

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **2** of **18**

Pursuant to Article 13(b) of the Convention, the Court is not bound to order the return of the child if there is a grave risk that the child's return would expose the children to physical or psychological harm or otherwise place the children in an intolerable situation. Mother contends that there is a grave risk of harm should the children be returned to the United Kingdom.

## **RESPONSE**

Mother provides her Response to the *Verified Petition for Return of Minor Children Pursuant to the Hague Convention on the Civil Aspects of International Child Abduction* as follows:

1.

Mother admits the allegations in Paragraph One (1) of Father's Petition.

2.

Mother can neither admit nor deny the allegations in Paragraph Two (2) of Father's Petition as it contains Father's request for relief, therefore, the allegations are denied. By way of further response, Mother shows she does not live in Florida.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **3** of **18**

3.

Mother admits in part and denies in part the allegations contained in Paragraph Three (3) of Father's Petition. Mother admits Father is a postdoctoral researcher associate at the University of Cambridge, United Kingdom. Mother denies she and the four children resided with the intent to remain permanently in the United Kingdom since October 2021. By way of further response, Mother admits the parties are married. Mother denies she resides at 8 Kettles Close, Cambridge, CB23 3XA United Kingdom. Mother has insufficient information to admit Father still resides in the United Kingdom, therefore the allegation is denied.

4.

Mother denies the allegations in Paragraph Four (4) of Father's Petition.

5.

Mother denies the allegations in Paragraph Five (5) of Father's Petition. Mother resides in Kingsland, Georgia.

6.

Paragraph Six (6) of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother. By way of further

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **4** of **18**

response, Paragraph Six (6) refers to Florida law which is inapplicable to this case, therefore, any references to Florida law are denied.

7.

Paragraph Seven (7) of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother.

8.

Paragraph Eight (8) of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother.

9.

Paragraph Nine (9) of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother.

10.

Paragraph Ten (10) of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother.

11.

Paragraph Eleven (11) of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **5** of **18**

12.

Paragraph Twelve (12) of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother. To the extent a response is required, Mother denies the allegations in Paragraph Twelve (12) of Father's Petition.

13.

Paragraph Thirteen of Father's Petition is a recitation of law, and as such, contains no allegations which require a response from Mother. To the extent a response is required, Mother denies the allegations in Paragraph Thirteen (13) of Father's Petition.

14.

Paragraph Fourteen of Father's Petition contains Father's recitation of law, and as such, contains no allegations which require a response from Mother. To the extent a response is required, Mother denies the allegations in Paragraph Fourteen (14) of Father's Petition.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **6** of **18**

15.

Mother admits in part and denies in part the allegations contained in Paragraph Fifteen (15) of Father's Petition. Mother admits the children are under the age of 16. Mother denies all other allegations in Paragraph Fifteen (15) of Father's Petition.

16.

Mother can neither admit nor deny Father's recitation of law contained in Paragraph Sixteen (16) of Father's Petition. Mother denies all other allegations contained in Paragraph Sixteen of Father's Petition. By way of further response, Mother shows this Court does not have jurisdiction over this case as the children are located, and have been located, in the State of Georgia prior to the filing of Father's Petition.

17.

Mother denies the allegations contained in Paragraph Seventeen (17) of Father's Petition. By way of further response, Mother shows Venue is proper in the District Court for the United States District Court for the Southern District of Georgia, Brunswick Division.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **7** of **18**

18.

Paragraph Eighteen (18) of Father's Petition contains Father's recitation of law, and as such, contains no allegations which require a response from Mother. Mother admits this Court does not have jurisdiction to hear any underlying custody dispute. By way of further response, Mother shows the United States District Court for the Southern District of Georgia, Brunswick Division has proper jurisdiction over this action.

19.

Mother admits in part and denies in part the allegations contained in Paragraph Nineteen (19) of Father's Petition. Mother admits Father is a citizen of the United States. Mother admits Father, Mother, and the minor children previously resided in the United Kingdom. Mother denies she and the children currently reside in the United Kingdom. Mother has insufficient information to admit or deny whether Father continues to reside in the United Kingdom, therefore, the same is denied. By way of further response, the parties and children are not citizens of the United Kingdom.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **8** of **18**

20.

Mother admits in part and denies in part the allegations contained in Paragraph Twenty (20) of Father's Petition. Mother admits she is a citizen of the United States of America and Brazil. Mother denies all other allegations contained in Paragraph Twenty (20) of Father's Petition. By way of further response, Mother shows the family resided temporarily in the United Kingdom.

21.

Mother denies the allegations contained in Paragraph Twenty-One (21) of Father's Petition. By way of further response, Mother shows the family's visas for their temporary residence in the United Kingdom have expired.

22.

Mother admits in part and denies in part the allegations contained in Paragraph Twenty-Two of Father's Petition. Mother denies the family remained living together in the United Kingdom until December 2023. Mother admits all other allegations contained in Paragraph Twenty-Two of Father's Petition.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **9** of **18**

23.

Mother admits in part and denies in part the allegations contained in Paragraph Twenty-Three of Father's Petition. Mother admits I.L. and T.L. were born in Jerusalem. Mother denies all other allegations contained in Paragraph Twenty-Three of Father's Petition.

24.

Mother admits in part and denies in part the allegations contained in Paragraph Twenty-Four of Father's Petition. Mother admits Father is the legal and natural father of the children. Mother denies all other allegations contained in Paragraph Twenty-Four of Father's Petition.

25.

Mother admits in part and denies in part the allegations contained in Paragraph Twenty-Five of Father's Petition. Mother admits the children were previous residents of the United Kingdom. Mother denies the children were wrongfully removed to the United States on December 4, 2023.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **10** of **18**

26.

Mother admits in part and denies in part the allegations contained in Paragraph Twenty-Six of Father's Petition. Mother admits the children previously attended school in the United Kingdom. Mother admits the children were previously seen by pediatricians in the United Kingdom. Mother denies all other allegations contained in Paragraph Twenty-Six of Father's Petition. By way of further response, Mother shows the children have been enrolled in school in Georgia and see pediatricians in Georgia.

27.

Mother denies the allegations contained in Paragraph Twenty-Seven of Father's Petition.

28.

Mother has insufficient information to admit or deny the allegations contained in Paragraph Twenty-Eight of Father's Petition, therefore, the allegations are denied.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **11** of **18**

29.

Mother denies the allegations contained in Paragraph Twenty-Nine of Father's Petition. Mother admits the children previously resided in the United Kingdom. Mother has insufficient information to admit or deny Father's residence in the United Kingdom, therefore, the allegations are denied.

30.

Paragraph Thirty of Father's Petition contains Father's recitation of law, and as such, contains no allegations which require a response from Mother. To the extent a response is required, Mother denies the allegations contained in Paragraph Thirty.

31.

Mother can neither admit nor deny the allegations in Paragraph Thirty-Eight of Father's Petition as it contains Father's request for relief and citation of law, therefore, the allegations are denied. All other allegations contained in Paragraph Thirty-Eight of Father's Petition are denied. By way of further response, Mother shows Father acquiesced to the children remaining in the United States.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **12** of **18**

32.

Mother denies the allegations contained in Paragraph Thirty-Two Father's Petition. By way of further response, Mother shows children's return to the United Kingdom would expose the children to physical, or psychological harm, or otherwise place the children in an intolerable situation.

33.

Mother denies the allegations contained in Paragraph Thirty-Three Father's Petition.

34.

Mother denies the allegations contained in Paragraph Thirty-Four of Father's Petition. Mother and the children reside in Kingsland, Georgia.

35.

Mother denies the allegations contained in Paragraph Thirty-Five of Father's Petition.

36.

Mother denies the allegations contained in Paragraph Thirty-Six of Father's Petition. The children reside in Kingsland, Georgia.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **13** of **18**

37.

Mother denies the allegations contained in Paragraph Thirty-Seven of Father's Petition. The Mother has resided in Kingsland, Georgia.

38.

Mother can neither admit nor deny the allegations in Paragraph Thirty-Eight of Father's Petition as it contains Father's request for relief and citation of law, therefore, the allegations are denied.

39.

Mother can neither admit nor deny the allegations in Paragraph Thirty-Nine of Father's Petition as it contains Father's request for relief, therefore, the allegations are denied.

40.

Mother can neither admit nor deny the allegations in Paragraph Forty of Father's Petition as it contains Father's request for relief, therefore, the allegations are denied.

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **14** of **18**

41.

Mother denies the allegations contained in Paragraph Forty-One of Father's Petition.

42.

Mother can neither admit nor deny the allegations in Paragraph Forty-Two of Father's Petition as it contains Father's request for relief and citation of law, therefore, the allegations are denied. All other allegations contained in Paragraph Forty-Three of Father's Petition are denied.

43.

All allegations not specifically admitted are denied.

44.

Mother has and will incur attorney's fees and expenses in defending against Father's Petition. Mother seeks an award of such expenses and costs from Father pursuant to 22 USC. § 9007(b)(2).

WHEREFORE, Respondent prays:

(a) That this Court dismiss and deny Petitioner's Verified Petition for Return of the Minor Children Pursuant to the Hague Convention on the Civil

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page 15 of 18

Aspects of International Child Abduction;

(b) That this Court enter an Order requiring that Mother pay Respondents' expenses and costs; and

(c) For any such further relief as may be just and proper.

RESPECTFULLY SUBMITRTED this 24th day of May, 2024.

                                                        */s/ Jess Lill*
                                                  MICHAEL E. MANELY
                                                  GA Bar No. 468580
                                                  CARA SCHLOSSER
                                                  GA Bar No. 124333
                                                  JESS LILL
                                                  GA Bar No. 300495

The Manely Firm, P.C.                       Attorneys for Respondent
2 East Bryan Street
Suite 1000A
Savannah, GA 31401
Phone: (912)
tmf-savannah@allfamilylaw.com

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **16** of **18**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CHRISTIAN LOCATELL, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 6:24-cv-00807-JSS-LHP |
| HOLLY LOCATELL, | ) |
| Respondent. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing "*RESPONSE TO VERIFIED PETITION FOR RETURN OF MINOR CHILDREN PURSUANT TO THE HAGUE CONVENION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION*" via USPS First Class Mail and Statutory Electronic Service addressed as follows:

Gary F. Celetti, Jr., Esq.
GFC LAW, PLLC
2700 W Cypress Creek Road
Suite D-107
Fort Lauderdale, FL 33309
Phone: (954) 635-2251
gary@gfclawfl.com

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **17** of **18**

RESPECTFULLY SUBMITTED this 24th day of May, 2024.

                 ***/s/ Jess Lill***
                 MICHAEL E. MANELY
                 GA Bar No. 468580
                 CARA SCHLOSSER
                 GA Bar No. 124333
                 JESS LILL
                 GA Bar No. 300495
The Manely Firm, P.C.        Attorneys for Respondent
2 East Bryan Street
Suite 1000A
Savannah, GA 31401
Phone: (912)
tmf-savannah@allfamilylaw.com

---

Lockatell v. Locatell
United States District Court for the Middle District of Florida Orlando Division
Civil Action No.: 6:24-cv-00807-JSS-LHP
Respondent's Verified Response and Affirmative Defenses to Verified Petition
Page **18** of **18**